M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2008 FEB -7 A 9:17

James R. West, Jr., 110315
Full name and prison name of     A. P. HACKET, CL.
Plaintiff(s)                      U.S. DISTRICT COURT
                                  MIDDLE DISTRICT ALA

v.                                                CIVIL ACTION NO. 2:08CV82-MEF
                                                  (To be supplied by Clerk of U.S. District
Captain Sconyers,                                 Court)
Sergeant Shaun Hooten,
Sergeant Gerald Wright,
C.O.I. Campbell,
C.O.I. Joel Lew,                                  **DEMAND FOR JURY TRIAL**
Sergeant Peavey
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☒ No ☐

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?     YES ☐     NO ☒

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) James West

            Defendant(s) J. Hamilton, Munchie Keeton, H.E. Drake

        2.  Court (if federal court, name the district; if state court, name the county)

            Montgomery County Circuit Court

3. Docket number _CV-2007-1740 (§1983 excessive use of force)_

4. Name of judge to whom case was assigned _Eugene W. Reese_

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _Pending_

6. Approximate date of filing lawsuit _November 6, 2007_

7. Approximate date of disposition _Unknown_

II. PLACE OF PRESENT CONFINEMENT _Easterling Prison, 200 Wallace Drive, Clio, Alabama 36017_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Easterling Prison, 200 Wallace Drive, Clio, Alabama 36017_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

|    | NAME | ADDRESS |
|----|------|---------|
| 1. | Captain Scroggins, | Easterling Prison, 200 Wallace Dr. Clio, Al. 36017 |
| 2. | Shawn Logan, | Easterling Prison, 200 Wallace Dr., Clio, Al. 36017 |
| 3. | Gerald Wright, | Easterling Prison, 200 Wallace Dr. Clio, Al. 36017 |
| 4. | Sergeant Peavey, | Easterling Prison, 200 Wallace Dr., Clio, Al. 36017 |
| 5. | C.O.I. Campbell, | Easterling Prison, 200 Wallace Dr., Clio, Al. 36017 |
| 6. | C.O.I. Joel Few, | Easterling Prison, 200 Wallace Dr., Clio, Al. 36017 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _January 18, 2008_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _8th and 14th Amendment prohibition of infliction of cruel and unusual punishment, unnecessary and wanton infliction of pain through use of excessive force. I was beaten by prison officials named herein and said beating was administered maliciously, sadistically and without need or provocation. (See attached sheets 5-10)_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

*See Statement of Facts, pages 1-4 attached hereto*

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

1. Trial by jury
2. Compensatory Damages, mental anguish, pain and suffering
3. Punitive Damages to punish and deter future incidents of excessive use of force at Easterling Prison.
4. Any and all other general, equitable or other relief to which Plaintiff may be legally entitled.

                                                    *James R. West, Jr.*
                                                    Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2008 .
                (Date)

                                                  *James R. West, Jr.*
                                                  Signature of plaintiff(s)

## Statement Of The Facts

On 1/18/08 I was assigned to admin seg, B-I-37. At about 1300 hours Sergeant Shaun Logan came to the cell and asked me if I was going to comply with his order to be handcuffed and exit the cell. I refused to be handcuffed.

Sergeant Logan left and returned with Captain Sconyers. Captain Sconyers is administrative Captain. He authorizes use of force in those situations where some degree of force is anticipated. Captain Sconyers asked me if I would comply with the order to be handcuffed. I told him I would not comply.

Captain Sconyers stepped back from the cell door and authorized the officers to enter the cell. Sergeant Shaun Logan, Sergeant Gerald Wright, Sergeant Peavey, C.O.I. Campbell and C.O.I. Pelten rushed into the cell.

Officer Campbell had the plexiglas riot shield. He was the first officer to enter the cell. I was standing to the rear of the 8' x 10' cell. Officer Campbell ran into me with the shield. I was pinched against the back wall. The back of my head hit the square metal bars in the cell window. I was dazed.

Officer Campbell grabbed my left arm and head. Other officers grabbed me from behind. I could not identify the officers other than I knew Pen, Logan, Wright and Peavey had entered the cell. I was thrown face down on the bunk inside the cell.

One of the officers grabbed my legs and placed shackles on very tightly. Officer Campbell grabbed my left arm and pulled it up above my head. Another officer grabbed my right arm. Because I was lying face down, I could not see the officer who grabbed my right arm. Officer Campbell was hitting me with his fists on the left side of my head and earlobe. The officer holding my right arm was beating me on the right side of my head and earlobe.

Another officer was punching me in my left rib cage and kidneys with his closed fist. I lost consciousness because of the severe pain from the repeated punches to my left rib cage and kidneys.

I was held and I remember counting 8 punches before I lost consciousness. Later, after I was placed in the MCU, I discovered I had urinated in my undershorts from the blows to my kidneys.

I was held face down on the bed by three officers and my legs had been shackled. I was unable to offer any resistance at this point. I was incapacitated. One or more of the officers, Logan, Wright or Peavey punched me in my left rib cage and kidneys at least 8 times I can recall.

1

All blows delivered to my head, ribs, legs and kidneys were unnecessary and unprovoked. These officers had me pinned to the hot face down and my legs were shackled.

I was incapacitated before any of the blows were struck to my head, ribs, legs and kidneys. There were five officers and all 5 who were larger and younger than me.

Captain Sconyers watched the beating from outside the cell. He made no effort to stop the beating even though he could see I was no match for the five younger officers. He could not avoid seeing that it was 5 helped once I was thrown face first on the bunk. He did not take any action to protect and prevent the unnecessary force.

I am 62 years old. It was unreasonable to use excessive and/or physical moves for any one of those officers much less five of them. Any one of those officers could have entered that cell, grabbed my wrists and placed handcuffs on me.

Captain Sconyers approved the use of force on 11/8/08 and he failed to take reasonable steps to protect me from the other officers. I received one of these officers delegated to free me from the two officers face down on the bunk, shackled and two officers holding my arms.

I sustained contusions when I was drug from the bed to the middle of the cell block. Officers pushed me prior to left arm. Last Officer Campbell grabbed me by my right arm. They both snatched and set me on my feet, I was unable to stand on my own strength. I was delivered from the officers.

I was given pain medication after my arrival at ACH. I am unable to pull my jumpsuit down and around my t-shirt. The entire left side of my body, it legs and kidneys area was bruised severely. The bruises attached all the way to my left hip. I could not put any pressure on my left hip.

The left side of my head was bruised severely including my eyebrow, left and right. The only sound I could detect on my left ear was a ringing sound. I continue having difficulty hearing in my left ear.

Both knees had cuts and bruises. It was unable to sit, stand or walk on my own strength. My left side ribs and chest area were hurting so bad I could barely breathe. It was limited to slow, short breaths. Even today my left ear capsule and also several my kidneys is sore. To the torch. My left rib cage continues to make a popping sound when I inhale.

2

I was placed in a wheelchair and pushed to the Medical Observation Unit (MOU). This is a cell with a metal bed mounted approximately six (6) inches off the floor. The bed is equipped with a plastic coated mattress, no sheets or blanket. I was helped from the wheelchair by Sergeant Wright. I requested, and was given, one blanket. The blanket was full of holes.

It was very painful for me to try to get up and down on the bed because it was so low. It required me to bend and when I would try to bend, the pain in my rib cage and kidneys was so intense it would take my breath.

Later in that Friday night or Saturday night, after many attempts, I finally produced enough urine to give a specimen. After the specimen was checked, Nurse Ewing informed me the doctor said start the IV solution.

Officer Stewart and Officer Davis came to MCU to assist Nurse Ewing in starting the solution. Officer Stewart helped me up from the bed and assisted me to the examination bed in the doctor's office.

I can't remember how long I was on the IV. I think it was 1-2 days. Even though I was on IV, I was still unable to urinate. I finally told one of the nurses on third shift that I wanted her to disconnect me from the IV solution. I explained that my kidneys felt as though they were going to burst. I was unable to urinate any significant amount. When I tried to urinate, I would feel a burning sensation and a tingling feeling through my whole body.

The nurse called the doctor and he said the only way he would agree to remove the IV was if I would sign a waiver. I signed the waiver and the IV was removed.

I was hospitalized for 5 days and 4 nights. During the five days I was unable to eat. I ate one peanut butter sandwich and one piece of chicken in the five day period. The mere smell of food made me feel as if I was going to vomit. The nurses gave me juice to drink.

When the nurses would come to the cell to give me medication, I would crawl on my hands and knees to the opening in the cell door to get my medication.

I went from 1/19/03 until 1/24/03 without having a bowel movement. Prior to the beating, I had daily, or no longer than two days, bowel movements.

I slept in that bed on the floor for five days. Officer Jordan came over on Sunday and assisted me in getting to the shower. Although I was allowed to shower, I was forced to wear the same blood, feces and urine stained underclothes and jumpsuit.

3

The stench was so offensive from my body odor and dirty clothes that the hospital staff told the inmate janitor to mop the floor with bleach and disinfectant. He did this while I was lying in the bed.

I was x-rayed on Monday, January 21, 2008. X-rays were made of my left hip, right shoulder and ribs. I was unable to breathe to expand my rib cage for the x-rays. Because Monday was a state holiday, the physician did not work on Monday.

The doctor returned Tuesday and I was given a message that the doctor said the x-rays did not show any broken ribs. No one has explained why my rib cage pops when I am lying on my back and I inhale oxygen into my lungs. You can actually hear it without a stethoscope.

I was released from MCU on 1/22/08. I was placed in disciplinary segregation to serve 45 days for failing to obey a direct order of a DOC official regarding the incident on 1/18/08.

I have been experiencing blackouts since the beating occurred. Up to this point they are very brief. When they occur, it feels as though every muscle in my body goes limp. When I awake, I am gasping for air. It feels as though my lungs have stopped working.

Also, there are times when I stand, I have difficulty maintaining my balance. Prior to the incident on 1/18/08 I did not suffer from any of the above infirmities.

Because of my status in disciplinary segregation, I am not allowed to have a mattress between the hours of 0600-1800 hours. I have been taken off all pain medication and I have been sleeping on the metal bed.

I am still having severe pain in my ribs and kidneys. The prison warden is insisting I go back into the general prison population where these six officers are assigned duty on a daily basis.

At all times referenced herein, James R. West, Jr. was and is, a state prisoner being held in the custody of Alabama Department of Corrections.

All named defendants herein were and are employees of Alabama Department of Corrections. All named defendants were acting under color of state law and all defendants are being sued in their official and personal capacity.

James R. West, Jr.

4

## Ground One (Continued)

### Defendant #1: Captain Sawyers

Defendant Sawyers violated my federally protected rights under the Eighth and Fourteenth Amendments to the U.S. Constitution by subjecting, or causing me to be subjected to cruel and unusual punishment where he approved the use of excessive force to have me extracted from my assigned cell and he failed to take any action to protect me from other corrections officers' use of excessive force once he saw I was incapacitated and did not pose a threat to any of the officers.

Because Captain Sawyers failed to intervene and stop the corrections officers' continued use of excessive force, I was hospitalized for 5 days and suffered multiple injuries to my body and body organs.

Captain Sawyers personally authorized Sergeant Shawn Logan, Sergeant Gerald Wright, Sergeant Pearly and officers Campbell and Joel Few to enter segregation cell B-1-39 equipped with a riot shield to extract me from the cell.

Because of the number, 5, and size of the above named officers, I was incapacitated immediately upon their entry into the 8'x10' cell. I was thrown face down on the bunk inside the cell. All of the above named officers began punching me with their hands and fists on the left and right side of my head, ears, knee caps, left side rib cage and kidneys. All officers were acting individually and collectively. Sawyers stood in the hallway and observed the beating.

As a result of that beating, I was held in the Medical Observation Unit (MOU) at the Health Care Facility for five days. I was unable to walk or perform normal bodily functions and movements even as of the date this complaint is mailed.

5

## Ground One (Continued)

### Defendant #2: Shawn Logan

Defendant Logan violated my federally protected rights under the 8th and 14th Amendments to the U.S. Constitution by subjecting me to to cruel and unusual punishment by using unnecessary and unreasonable excessive force ~~by~~ maliciously and sadistically causing me to suffer pain and injury by beating me with his hands or fists.

On 1/18/08, Sergeant Logan entered segregation cell B-J-37 along with Sergeant Gerald Wright, Sergeant Peavey, officer Campbell and officer Law.

Logan, acting individually and in concert with the other named officers, beat me with his hands or fists on the left and right side of my head to include both earlobes, kneecaps, left side rib cage and kidneys. He also inflicted severe bruising and abrasions on my left and right forearms and wrists.

Logan, acting in concert with the above named officers, continued to use excessive force to inflict pain and injury after I had been rendered helpless.

Because of Logan's unnecessary and unreasonable use of excessive force, I suffered, and continue to suffer mental anguish, pain and suffering. I was hospitalized for five days and I was unable to walk or perform normal bodily functions and movements because of the beating on 1/18/08. I still suffer pain from internal injuries I received from the beating.

Logan failed to intervene and protect me from the use of excessive force after I had been incapacitated and could offer no resistance. He failed to take reasonable steps to stop the other officers' use of excessive force.

6

## Ground One (Continued)

### Defendant #3: Gerald Wright

Defendant Wright violated my federally protected rights under the 8th and 14th Amendments to the U.S. Constitution by subjecting me to cruel and unusual punishment by using unnecessary and unreasonable excessive force by maliciously and sadistically causing me to suffer wanton infliction of pain by beating me with his hands or fists after I was incapacitated.

On 1/18/08, Sergeant Gerald Wright entered segregation cell B-2-37 along with Sergeant Logan, Sergeant Peavey, and officers Campbell and Few.

Wright, acting individually, and in concert with other named officers, entered the cell and beat me on the left and right sides of my head and earlobes, kneecaps, left side rib cage and kidneys. He also caused severe bruising and abrasions on my left and right forearms and wrists.

Wright, acting in concert with the other officers, continued to use excessive force to inflict pain and injury after I had been rendered helpless.

As a result of Wright's unnecessary and unreasonable use of excessive force, I suffered, and continue to suffer, mental anguish, pain and suffering.

I was hospitalized for 5 days and I was unable to walk or perform normal bodily functions and movements because of internal and external injuries I received from that beating on 1/18/08.

Wright also failed to take reasonable steps to stop the other officers' use of excessive force after I had been subdued and incapacitated.

7

## Ground One (Continued)

### Defendant #4: Sergeant Peavey

Sergeant Peavey violated my federally protected rights under the 8th and 14th Amendments to the U.S. Constitution by subjecting me to cruel and unusual punishment by using unnecessary and unreasonable excessive force by maliciously and sadistically causing me to suffer wanton infliction of pain by beating me with his hands or fists after I was incapacitated.

On 1/13/08, Sergeant Peavey entered segregation cell B-2-37 along with Sergeant Logan, Sergeant Wright and Officers Campbell and Few. Peavey, acting individually, and in concert with other named officers, entered the cell and beat me in the left and right side of my head and earlobes, kneecaps, left side rib cage and kidneys. He also caused severe bruising and abrasions on my left and right forearms and wrists.

Peavey acted individually and in concert with the other officers to use excessive force after I was incapacitated and in restraints.

As a result of Wright's unnecessary and unreasonable use of force, I suffered, and continue to suffer mental anguish, pain and suffering.

I was hospitalized for five days and I was unable to perform normal bodily functions and movements because of the beating inflicted upon me by Peavey and other officers after I was incapacitated.

Peavey also failed to take reasonable steps to stop the other officers' use of excessive force after I was incapacitated. He took no action to protect me from the other officers.

8

## Ground One (Continued)

### Defendant #5: C.O.I. Campbell

Defendant Campbell violated my federally protected rights under the 8th and 14th Amendments to the U.S. Constitution by subjecting me to cruel and unusual punishment by using unnecessary and unreasonable excessive use of force by maliciously and sadistically causing me to suffer wanton infliction of pain by beating me with his hands or fists after I was incapacitated.

On 1/18/08, officer Campbell entered segregation cell B-2-37 along with Logan, Wright, Harvey and Law. Officer Campbell entered the cell with the plexiglas riot shield. Campbell hit me with the shield and grabbed me and threw me face down on the bunk inside the cell. Other officers assisted Campbell in throwing me to the bed.

Once I was laying face down on the bed, legs shackled and other officers holding my arms, beat me on the left and right side of my head and ear lobes, kneecaps, left side, rib cage and kidneys, left and right forearms and wrists.

Campbell, acting individually and collectively with the above named officers continued to use excessive force to inflict pain and injury after I had lost consciousness.

As a result of officer Campbell's unnecessary and unreasonable use of excessive force, I suffered, and continue to suffer mental anguish, pain and suffering.

I was hospitalized for five days. I was unable to able or perform normal bodily functions and movements because of the internal an external injuries inflicted upon me on 1/18/08.

Campbell also failed to take reasonable steps to protect me from the other officers' use of excessive force after I had been incapacitated.

9

## Ground One (Continued)

### Defendant #6: C.O.I. Joel Tew

Defendant Tew violated my federally protected rights under the 8th and 14th Amendments to the U.S. Constitution by subjecting me to cruel and unusual punishment by using unnecessary and unreasonable excessive use of force by maliciously and sadistically causing me to suffer wanton infliction of pain by beating me with his hands or fists after I was incapacitated.

On 1/18/08, officer Joel Tew entered segregation cell B-2-37 along with Logan, Wright, Peavey and Campbell. Officer Tew assisted other officers in throwing me face down on the bunk inside the cell. Other officers assisted Tew in throwing me to the bed.

Once I was lying face down on the bed, legs shackled and other officers holding my arms, officer Tew beat me on the left side of my head, ear lobes, kneecaps, left side rib cage and kidneys, left and right forearms and wrists.

Tew, acting individually and in concert with the other officers, continued to use excessive force to inflict pain and injury after I had lost consciousness.

As a result of officer Tew's unnecessary and unreasonable use of excessive force, I suffered, and continue to suffer mental anguish, pain and suffering.

I was hospitalized for 5 days. I was unable to walk or perform normal bodily functions and movements because of the internal and external injuries inflicted upon me on 1/18/08.

Officer Tew also failed to take reasonable steps to protect me from the other officers' use of excessive force after I had been incapacitated.

10

James R. West, Jr. 180315
B-15
Easterling Prison
200 Wallace Drive
Clio, Alabama 36017

Debra P. Hackett
Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

