February 8, 2008

Ms. Hackett;

Would you please substitute the page #4 included herein for the page #4, Statement of Facts as submitted with my original copy of the complaint. Thank you! I apologize for any inconvenience I may have caused you.

James R. West, Jr.

The stench was so offensive from my body odor and dirty clothes that the hospital staff told the inmate janitor to mop the floor with bleach and disinfectant. He did this while I was lying in the bed.

I was x-rayed on Monday, January 21, 2008. X-rays were made of my left hip, right shoulder and ribs. I was unable to breathe to expand my rib cage for the x-rays. Because Monday was a state holiday, the physician did not work on Monday.

The doctor returned Tuesday and I was given a message that the doctor said the x-rays did not show any broken ribs. No one has explained why my rib cage pops when I am lying on my back and I inhale oxygen into my lungs. You can actually hear it without a stethoscope.

I was released from MCU on 1/22/08. I was placed in disciplinary segregation to serve 45 days for failing to obey a direct order of a DOC official regarding the incident on 1/18/08.

I have been experiencing blackouts since the beating occurred. Up to this point they are very brief. When they occur, it feels as though every muscle in my body goes limp. When I awake, I am gasping for air. It feels as though my lungs have stopped working.

Also, there are times when I stand, I have difficulty maintaining my balance. Prior to the incident on 1/18/08 I did not suffer from any of the above infirmities.

Because of my status in disciplinary segregation, I am not allowed to have a mattress between the hours of 0600-1800 hours. I have been taken off all pain medication and I have been sleeping on the metal bed.

I am still having severe pain in my ribs and kidneys. The prison warden is insisting I go back into the general prison population where these six officers are assigned duty on a daily basis.

At all times referenced herein, James R. West, Jr. was and is, a state prisoner being held in the custody of Alabama Department of Corrections.

All named defendants herein were and are employees of Alabama Department of Corrections. All named defendants were acting under color of state law and all defendants are being sued in their official and personal capacity.

James R. West, Jr.

4