In The United States District Court For The Middle District of Alabama

James R. West, Jr.,
  Plaintiff,

v.

Captain Scroggers, et. al.,
  Defendants.

Civil Action No. 2:08CV82-MEF

RECEIVED
2008 FEB 12 A 10:33
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion To Proceed

Come Now the Plaintiff, James R. West, Jr., appearing Pro Se in the above-styled cause and moves the Court to allow him to proceed in this Court on the claims presented in the 42 U.S.C. §1983 Civil Rights Complaint submitted to this Court dated February 5, 2008.

Included in that Complaint, I indicated that I had a Complaint pending in Montgomery County Circuit Court, CV-07-1740, wherein I have raised similar issues as presented in the Complaint presented to this Court dated February 5, 2008.

I submit that those allegations are not the same, but they are similar as those pending before this Court. Those I have submitted to this Court were motivated by the Complaint I filed in Montgomery County Circuit Court.

If this Honorable Court will allow me to proceed, I do intend to move the Complaint in Montgomery County to this Court. I will move for leave to file an amended Complaint in this Court to include those issues as well as others.

There has been no action taken on any of the claims as presented in the state court. As a matter of fact, I just moved to amend and to serve process on the third defendant. That incident has been ongoing since January 2007, and the incident I reported on 1/18/08 was based, among other complaints, as well as the Complaint pending in Montgomery County.

Wherefore, premises considered, West prays for leave to proceed in this Court.

Submitted this 10th day of February, 2008.

James R. West, Jr., Pro Se

James R. West, Jr. 110315
B-15
Easterling Prison
200 Wallace Drive
Clio, Alabama 36017

MONTGOMERY AL 361
11 FEB 2008 PM 1 T

"LET US DARE TO
THINK, SPEAK
John Adams, 1765
poweroftheletter

USA 41

This correspondence is forwarded from an
Alabama State Prison. The contents have not been
...
of
...

Debra P. Hackett
Clerk
U.S. District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711 B007