IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES R. WEST, #110 315            *

    Plaintiff,                              *

    v.                                          *        2:08-CV-82-MEF

CAPTAIN SCONYERS, *et al.*,        *

    Defendants.                          *

_____

**ORDER ON MOTION**

Upon consideration of the motion to substitute filed by Plaintiff on February 12, 2008 wherein he requests that the page attached to his pending motion be substituted for Page 4 of the original complaint, and for good cause, it is

ORDERED that the motion (*Doc. No. 4*) be and is hereby GRANTED.

The Clerk is DIRECTED to substitute the page attached to Document Number 4 for Page 4 of the original complaint.

Done, this 14th day of February 2008.

          /s/ Wallace Capel, Jr.
         WALLACE CAPEL, JR.
         UNITED STATES MAGISTRATE JUDGE