In The United States District Court For The
Middle District of Alabama
Northern Division

James L. West, Jr.,
          Plaintiff,

          v.

Captain Sconyers, et al.,
          Defendants.

2008 FEB 20  A 10: 54

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA 2:08-cv-82-MEF

## Motion For Leave To Depose State Prisoner

Come Now the Plaintiff and moves the Court for Leave to
Depose State Prisoner regarding testimony relevant to the
above-styled cause.

Steve Morgan WIM/136096 is being held in the admin-
istrative segregation unit, Easterling Prison, cell B-36.
This state prisoner witnessed the incident which occurred
January 18, 2008 and which forms the basis of the complaint in
this cause.

I am also assigned to the segregation unit, disciplinary
section. Unless the Court provides an Order to Louis D. Boyd,
Warden, Easterling Prison, to make necessary arrangements
for me to take the deposition of this state prisoner, this
Court will be denied evidence regarding claims I have made
regarding the unnecessary use of excessive force wherein
I suffered physical injuries.

Wherefore, premises considered, West prays for
appropriate Order to issue to allow him to depose the above
named state prisoner.

Respectfully submitted the 19th day of February, 2008.

James L. West, Jr., Prose