In The United States District Court For The
~~Middle~~ District Of Alabama
Northern Division

James R. West, Jr.,
    Plaintiff,

V.

Captain Sconyers, et al.,
    Defendants.

2:08-CV-82-MEF

2008 FEB 20 A 10:54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion For Order

Come now the Plaintiff and moves the Court for Order to issue wherein, Louis O. Boyd, Warden, and Mail Clerk, Easterling Prison are advised to affix the required amount of U.S. postage to mail pleadings to this Court in Case No. 2:08-CV-82-MEF even though that amount may exceed the weekly limit, two (2) per week. Because of the number of defendants, there will be occasions where the envelope will require more than two stamps.

As Grounds For His Motion, West shows as follows:

West is proceeding as an indigent in the above-styled cause. Because of the number of defendants in this cause 6, and the probability that the number is going to move to 10 or more, I request the Court consider that the State of Alabama, Department of Corrections provides each inmate two (2) stamps per week for legal mail.

At the rate of two stamps per week, there being 52 weeks per year, that totals 104 stamps or 5 books of 20 stamps plus 4 additional stamps. Therefore, I move the Court order that I be permitted to use that number of stamps at a greater rate than 2 per week as the need arises.

Wherefore, premises considered, West prays for the relief requested.

Respectfully submitted the 19th day of February, 2008.

James R. West, Jr. Pro Se
110315
B-15
Easterling Prison
200 Wallace Drive
Clio, Alabama 36017