IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES R. WEST, #110 315          *

    Plaintiff,                              *

    v.                                          *           2:08-CV-82-MEF

CAPTAIN SCONYERS, *et al.*,      *

    Defendants.                          *

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's request for an order granting him leave to depose an inmate confined on administrative segregation at the Easterling Correctional Facility. Upon consideration of the motion for leave to depose state prisoner, and for good cause, it is

ORDERED that the motion (*Doc. No. 8*) be and is hereby DENIED.

Done, this 21st day of February 2008.

                /s/ Wallace Capel, Jr.
                WALLACE CAPEL, JR.
                UNITED STATES MAGISTRATE JUDGE