IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES R. WEST, #110 315 | * | |
| Plaintiff, | * | |
| v. | * | 2:08-CV-82-MEF |
| CAPTAIN SCONYERS, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's request for a court order directing prison personnel at the Easterling Correctional Facility to provide him with more than two stamps a week "as the need arises." Upon consideration of the motion for court order, and for good cause, it is

ORDERED that the motion (*Doc. No. 9*) be and is hereby DENIED.

Done, this 21st day of February 2008.

　　　　　　　　　　　　　　　　　　/s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE