IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES R. WEST, #110 315            *

    Plaintiff,                     *

    v.                             *        2:08-CV-82-MEF

CAPTAIN SCONYERS, *et al.*,        *

    Defendants.                    *

_____

**ORDER ON MOTION**

Plaintiff has filed a motion for protective order. He requests that the court direct prison officials to place him in a single cell in protective custody status upon his release from disciplinary segregation rather than in the general population. According to Plaintiff, placement in general population will expose him to potential incidents of excessive use of force by correctional officers. Plaintiff's motion, having been read and considered, shall be denied. Accordingly, it is

ORDERED that the motion for protective order (*Doc. No. 10*) be and is hereby DENIED.

Done, this 21st day of February 2008.

                       /s/ Wallace Capel, Jr.
                       WALLACE CAPEL, JR.
                       UNITED STATES MAGISTRATE JUDGE