```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004001
Cashier ID: christin
Transaction Date: 02/22/2008
Payer Name: EASTERLING CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: JAMES R WEST JR
 Case/Party: D-ALM-2-08-CV-000082-001
 Amount:        $3.93
------------------------------------
CHECK
 Remitter: EASTERLING CORRECTIONAL FAC
 Check/Money Order Num: 3244
 Amt Tendered: $3.93
------------------------------------
Total Due:      $3.93
Total Tendered: $3.93
Change Amt:     $0.00

DALM208CV000082-F
```