IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES R. WEST, #110 315            *

    Plaintiff,            *

    v.            *            2:08-CV-82-MEF

CAPTAIN SCONYERS, *et al.*,            *

    Defendants.            *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's motion to proceed, it is

ORDERED that the motion (*Doc. No. 5*) be and is hereby GRANTED. By separate order, the Clerk will be directed to serve a copy of the complaint on the named defendants.

Done, this 29th day of February 2008.


        /s/ Wallace Capel, Jr.
        WALLACE CAPEL, JR.
        UNITED STATES MAGISTRATE JUDGE