IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES R. WEST, #110 315           *

    Plaintiff,                    *

    v.                            *     2:08-CV-82-MEF

CAPTAIN SCONYERS, *et al.*,       *

    Defendants.                   *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's motion to amend complaint to add an additional defendant, it is

ORDERED that the motion (*Doc. No. 7*) be and is hereby GRANTED.

The Clerk is directed to take all necessary steps to amend the court docket to reflect that Correctional Officer Baldwin is named as a defendant to this cause of action.

Done, this 29th day of February 2008.

                                          /s/ Wallace Capel, Jr.
                                        WALLACE CAPEL, JR.
                                        UNITED STATES MAGISTRATE JUDGE