In The United States District Court For The
Middle District of Alabama
Northern Division

RECEIVED
2008 FEB 29  A 10: 30

DEBRA P. HACKETT, C
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James R. West, Jr.,
  Plaintiff,

V.         2:08-CV-82-MEF

Captain Sconyers, et al.,
  Defendants.

### Motion For Leave To Submit Affidavit On Verification

Come Now the Plaintiff in the above-styled cause and moves the Court for leave to submit an affidavit under verification. (See Copy of Complaint to Warden)

As Grounds For His Motion, West shows unto the Court as follows:

West has prepared an affidavit to supplement the Statement of Facts submitted with his Complaint in the above-styled cause. Included in this affidavit are facts critical to support allegations within the Complaint.

Whereupon, premises considered, West prays the Court grant him leave to file his Affidavit(s) under verification, and any and all other relief the Court may find appropriate.

Respectfully submitted the 26th day of February, 2008.

          James R. West, Jr., Pro Se

To: Levis D. Boyd, Warden, Easterling Prison
From: James West 110315 / B-15
Re: Law Library / Notary Service / Carbon Paper

Warden Boyd:

Please be advised officer Givens refused to notarize an Affidavit I need to mail to court on Monday, 2/25/08; 2:08-CV-82-MEF. He denied this service on 2/23/08.

Also, I have had two (2) sheets of carbon issued to me within the past year. I have been writing original copies of all pleadings.

Would you please look into this matter and implement appropriate action to remedy access to Notary Service and Carbon paper.

Please know I will appreciate any and all consideration you may allow me in this matter.

Respectfully,
James West 110315
B-15

cc: Carter F. Davenport
    Lt. Bryant
    Wallace Capel, Jr., U.S. Magistrate, 2:08-CV-82-MEF
    File

EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

James R. West, Jr. 110315
B-15

Free Legal Mail

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

Debra P. Hackett
Clerk
U. S. District Court
P.O. Box 711
Montgomery, Alabama 36101-0711