IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES R. WEST, #110 315         *

    Plaintiff,                *

    v.                        *        2:08-CV-82-MEF

CAPTAIN SCONYERS, *et al.*,     *

    Defendants.               *
_____

**ORDER ON MOTION**

Before the court is Plaintiff's Motion for Leave to Submit Affidavit on Verification. To the extent Plaintiff seeks permission to file pleadings without the signature of a notary, the motion shall be granted. Plaintiff may submit pleadings he wishes to file with the court under penalty of perjury by affirming in said document(s) that the information contained in the pleading(s) is true and correct to the best of his knowledge.

Accordingly, it is ORDERED that the motion (*Doc. No. 18*) be and is hereby GRANTED.

Done, this 29th day of February 2008.

            /s/ Wallace Capel, Jr.
        WALLACE CAPEL, JR.
        UNITED STATES MAGISTRATE JUDGE