IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES R. WEST, #110 315       *

    Plaintiff,                *

v.                            *        2:08-CV-82-MEF

CAPTAIN SCONYERS, *et al.*,   *

    Defendants.               *

_____

**ORDER ON MOTION**

Plaintiff seeks reconsideration of the court's February 21, 2008 order denying his request for a court order directing prison officials to place him in protective custody upon his release from disciplinary segregation on March 8, 2008. This federal court does not have the authority to dictate where state prisoners are housed; that is a decision left up to prison administrators with the Alabama Department of Corrections and Easterling Correctional Facility in particular.

Accordingly, it is ORDERED that the motion for reconsideration (*Doc. No. 19*) be and is hereby DENIED.

Done, this 29th day of February 2008.

                                       /s/ Wallace Capel, Jr.
                                     WALLACE CAPEL, JR.
                                     UNITED STATES MAGISTRATE JUDGE