West

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

C.O.I. Baldwin
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 3-3-08

address different from item 1? ☐ Yes
delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2:08CV82 cmplamdcmp/order ans due 4/8

2. Article Number (Transfer from service label)
7007 1490 0000 0024 5010

PS Form 3811, February 2004    Domestic Return Receipt    2595-02-M-1540

---

West

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

C.O.I. Campbell
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 3-3-08

address different from item 1? ☐ Yes
delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2:08CV82 cmplamdcmp/order ans due 4/8

2. Article Number (Transfer from service label)
7007 1490 0000 0026 6152

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

West

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Shawn [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
3-3-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Sgt. Shawn Logan
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2:08CV82 Cmplamdcmplrdr (ans due) 4/8

2. Article Number (Transfer from service label)
7007 1490 0000 0026 6138

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

West

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Shawn [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
3-3-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Sgt. Peavey
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2:08CV82 (Cmplam0cmplrdr ans due) 4/8

2. Article Number (Transfer from service label)
7007 1490 0000 0024 5027

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

West

Captain Sconyers
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

2:08CV82 Cmplamdcmplordenlans due 4/8

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery
3-3-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7007 1490 0000 0026 6121

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

West

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece,

C.O.I. Joel Tew
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

2:08CV82 Cmplamdcmplordenlans due 4/8

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery
3-3-08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7007 1490 0000 0026 6169

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

West

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece.

Sgt. Gerald Wright
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

2:08cv82 (Cmp/amdcmp/o,0u/ano due)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 3-3-08

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 1490 0000 0026 6145

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540