In The United States District Court
For The Middle District Of Alabama
Northern Division

RECEIVED
2008 MAR -6 A 10:07
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James R. West, Jr.,
    Plaintiff,

V.                                    2:08-CV-82-MEF

Captain Sempers, et al.,
    Defendants.

## Motion For Order

Comes Now the Plaintiff, appearing Pro Se in the above styled cause and moves the Court for Order wherein ADOC, specifically Bryan K. Gavins, Law Library Supervisor, Easterling Prison, or any other licensed Notary Public assigned duty at Easterling Prison, and designated by the Warden of said prison, Louis D. Boyd, will be required to notarize those pleadings submitted by the plaintiff in the above-styled cause, specifically Affidavits.

As Grounds For His Motion, West shows as follows:

West has requested Notary Service via Easterling Law Library request form since 2/23/08. That document is an Affidavit prepared by Plaintiff to be submitted in support of his statement of facts in the complaint now before the Court in the above-styled cause. (See copies of Complaint submitted to Louis D. Boyd, Warden)

As of the date of this Motion, West has not been provided access to notary service to notarize the Affidavit where West could submit same to the Court.

As West attempted to explain to the Court, that affidavit includes facts crucial to support allegations included in the Complaint. West intended to submit the Affidavit prior to service on defendants.

Wherefore, premises considered, West prays the Court inform those named herein and all others concerned that notary service and basic legal materials must be provided for West to access this Court.

Respectfully submitted the 5th day of March, 2008.

*James R. West, Jr.*

### Certificate Of Service

I hereby certify I have served a copy of this motion on Counsel for all defendants, Office of General Counsel, Alabama Department of Corrections, P.O. Box 301501, 301 South Ripley Street, Montgomery, Alabama 36130-1501 by placing a copy in the U.S. Mail Depository (cell door) with request first class postage be paid via "Free Legal Mail" provision of ADOC, this the 5th day of March, 2008.

*James R. West, Jr., Pro Se*

To: Louis D. Boyd, Warden, Easterling Prison
From: James West 110315 / B-33
Re: Notary Service / Law Library
Date: March 3, 2008

RECEIVED
2008 MAR -6  A 10:07
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Warden Boyd:

Please be advised I was denied Notary Service by Bryan K. Gavins, Law Library Supervisor on 2/29/08 and 3/01/08. This is three times Mr. Gavins has denied me access to Notary Service to notarize an affidavit. (See Request 2/25/08)

Also, I am having problems getting reference material. I was told by the inmate law clerk that Easterling Law Library does not have the Local Rules of Court for The United States District Court For The Middle District.

I need the Local Rules Rules of Court For The Middle District.

Please know I will appreciate any and all consideration you may allow me in this matter.

James West 110315
B-33

cc: Carter F. Davenport
Lieutenant Bryant
Wallace Capel, Jr., U.S. Dist. Ct., Magistrate, 2:08-CV-82-MEF
File

EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

James R. West, Jr. 110315
B-33

Free Legal Mail

MONTGOMERY AL 361
05 MAR 2008

"LET US DARE TO READ,
THINK, SPEAK AND WRITE"
John Adams, 1765
poweroftheletter.com

Debra P. Hackett
Clerk
U.S. District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."