IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES R. WEST, #110 315              *

    Plaintiff,                              *

    v.                                         *        2:08-CV-82-MEF

CAPTAIN SCONYERS, *et al.*,          *

    Defendants.                         *

_____

**ORDER ON MOTION**

Plaintiff has filed a motion for order in which he requests that the court enter an order directing prison personnel at Easterling to provide him with notary services and "basic legal materials." Upon consideration of the request, it is

ORDERED that the motion (*Doc. No. 23*) be and is hereby DENIED.

Done, this 11th day of March 2008.

                /s/ Wallace Capel, Jr.
              WALLACE CAPEL, JR.
              UNITED STATES MAGISTRATE JUDGE