IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES R. WEST, #110 315                *

     Plaintiff,                           *

     v.                                   *          2:08-CV-82-MEF

CAPTAIN SCONYERS, *et al.*,            *

     Defendants.                          *
_____

**ORDER**

For good cause, it is

ORDERED that on or before April 23, 2008 Defendants shall SHOW CAUSE for

failing to comply with the court's February 29, 2008 order.  (*See Doc. No. 17*.)

Done, this 14th day of April 2008.


               __/s/ Wallace Capel, Jr._____
               WALLACE CAPEL, JR.
               UNITED STATES MAGISTRATE JUDGE