IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES ROBERT WEST, JR.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| | ) |
| | ) CASE NO. 2:08-CV-82-MEF |
| **CAPTAIN SCONYERS, ET AL.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |

## ANSWER OF DEFENDANTS

COMES NOW Defendants Kenneth Sconyers, Shawn Logan, Gerald Wright, Matthew Campbell, Joel Tew, Larry Peavey and Dexter Baldwin, by and through the undersigned counsel, and for their Answer to the above-styled action, state as follows:

Defendants deny each and every material allegation made in the Complaint, and demand strict proof thereof.

Defendants deny that they violated any of the Plaintiff's constitutional rights.

Defendants deny that they violated the Plaintiff's due process rights.

Defendants deny that they caused or allowed to continue any unconstitutional condition of the Plaintiff's confinement.

## DEFENSES AND AFFIRMATIVE DEFENSES

The Defendants deny that they violated the Plaintiff's constitutional rights.

The Defendants deny each and every material allegation not specifically admitted herein and demand strict proof thereof.

The Plaintiff has failed to state a claim upon which relief may be granted.

The Defendants are immune from suit under the Eleventh Amendment to the United States Constitution.

The Defendants are immune from suit due to qualified immunity.

Respectfully submitted,

TROY KING
Attorney General


*/s/Benjamin H. Albritton*
Benjamin H. Albritton (ASB-0993-R67B)
Assistant Attorney General


ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 - fax

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 23rd day of April, 2008, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

James West
Easterling Correctional Facility
200 Wallace Drive
Clio, AL  36017

*/s/Benjamin H. Albritton*
Benjamin H. Albritton
Assistant Attorney General

2