IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JAMES ROBERT WEST, JR.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 2:08-CV-82-MEF |
| **CAPTAIN SCONYERS, ET AL.** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## CONFLICT DISCLOSURE STATEMENT

COME NOW, *Kenneth Sconyers, Shawn Logan, Gerald Wright, Matthew Campbell, Joel Tew, Larry Peavey and Dexter Baldwin,* Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    X    This party is an individual, or

    X    This party is a governmental entity, or

         There are no entities to be reported, or

         The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Respectfully submitted,

TROY KING
Attorney General


*/s/Benjamin H. Albritton*
Benjamin H. Albritton (ASB-0993-R67B)
Assistant Attorney General



ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 – fax


**CERTIFICATE OF SERVICE**

I hereby certify that I have, this the 23rd day of April, 2008, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

James West, 110315
Easterling Correctional Facility
200 Wallace Drive
Clio, AL  36017

*/s/Benjamin H. Albritton*
Benjamin H. Albritton
Assistant Attorney General