IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES R. WEST, #110 315            *

    Plaintiff,            *

    v.            *            2:08-CV-82-MEF

CAPTAIN SCONYERS, *et al*.,            *

    Defendants.            *

_____

**ORDER**

Upon consideration of Defendants' written report, it is

ORDERED that on or before May 9, 2008 Defendants file a supplemental special report which contains copies of Plaintiff's medical records, not heretofore produced, generated between January 18, 2008 and through and including January 27, 2008.

Done, this 24th day of April 2008.

       /s/ Wallace Capel, Jr.
       WALLACE CAPEL, JR.
       UNITED STATES MAGISTRATE JUDGE