In The United States District Court
For The Middle District Of Alabama
Northern Division

James R. West, Jr.,
　　Plaintiff,

v.

Captain Sangers, et al.,
　　Defendants.

2008 MAY -1 A 9: 36

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:08-CV-82-MEF;
2:07-CV-747-WKW

Notice Of Change Of Address

Come Now the Plaintiff, James R. West, Jr. and gives notice that as of April 25, 2008, Plaintiff's mailing address in the above-styled cases should read:

James R. West, Jr. 110315
Limestone Corr. Fac./L-B
28779 Nick Davis Road
Harvest, Alabama 35749-7009

Respectfully submitted the 30th day of April, 2008.

　　　　　　　　　　　　　　　James R. West, Jr.

*Please note in record that I have not been advised of counsel's address in the above-styled cases. Therefore, I am unable to cause service to be made on counsel for defendants named in the above-styled complaints.