**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **JAMES ROBERT WEST, JR.** | ) | |
| | ) | |
| **Plaintiff(s),** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **2:08-CV-82-MEF** |
| **CAPTAIN SCONYERS, ET AL.** | ) | |
| | ) | |
| **Defendant(s).** | ) | |
| | ) | |
| | ) | |

**SUPPLEMENTAL SPECIAL REPORT**

COME NOW the Defendants, Kenneth Sconyers, Shawn Logan, Gerald Wright, Matthew Campbell, Joel Tew, Larry Peavey and Dexter Baldwin, by and through the undersigned counsel, and respectfully respond to the Court's April 24, 2008, Order, (Doc. 29) to file on or before May 9, 2008, a supplemental special report which contains copies of Plaintiff's medical records, not heretofore produced, generated between January 18, 2008 and through and including January 27, 2008.

**EXHIBIT**

SUPPLEMENTAL EXHIBIT 1 –Medical Records for the time period indicated in the Court's Order.

**CONCLUSION**

There are still no genuine issues of material fact even in light of the requested medical records, and the Defendants are entitled to judgment as a matter of law.  WHEREFORE, the Defendants respectfully request that this Honorable Court dismiss the claims against them.

Respectfully submitted,

TROY KING
Attorney General


**_/s/Benjamin H. Albritton_**
Benjamin H. Albritton (ASB-0993-R67B)
Assistant Attorney General


ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433 – fax


## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 7th day of May, 2008, served a copy of the foregoing

upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly

addressed as follows:

James West, 110315
Limestone Correctional Facility
28779 Nick Davis Rd
Harvest, AL 35749

**_/s/Benjamin H. Albritton_**
Benjamin H. Albritton
Assistant Attorney General

# A F F I D A V I T

**STATE OF ALABAMA**              )
                                 )
_Limestone_ **COUNTY**            )

      I, _Debbie Masterson_, hereby certify and affirm that I

am a _medical Records Clerk_ at _Limestone Corr. Facility_

that I am one of the custodians of medical records at this institution; that

the attached documents are true, exact, and correct photocopies of certain

medical records maintained here in the institution medical file of

one _James West_, AIS# _10315_; and

that I am over the age of twenty-one years and am competent to testify to

the aforesaid documents and matters stated therein.

      I further certify and affirm that said documents are maintained in the

usual and ordinary course of business at _Limestone Corr. Facility_

and that said documents (and the entries therein) were made at, or

reasonably near, the time that by, or from information transmitted by, a

person with knowledge of such acts, events, and transactions referred to

therein are said to have occurred.

      This, I do hereby certify and affirm to on this the _2nd_ day of

_May_, 2008.

                         _Debbie Masterson, mrc_

**SWORN TO AND SUBSCRIBED BEFORE ME THIS THE**

_2nd_ **Day of** _May_, 2008.

_Janet E. Wilkinson_
(Notary Public)
_11-16-2010_
**My Commission Expires**

CMS EASTERLING
200 WALLACE DRIVE
CLIO, AL  36017                      DOB: 11/03/1945
(334) 397-4471    (A0314-8)
                               -FINAL- Original Report 01/22/2008

WEST, JAMES              110315              DARBOUZE

106910643    01/21/2008 07:45    01/22/2008 09:49 1/22/2008 12:52  62 Y M

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

------------------------* CHEMISTRY *------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Glucose | 98 | | 70-99 | mg/dL |
| Sodium | 141 | | 133-145 | mmol/L |
| Potassium | 4.2 | | 3.3-5.3 | mmol/L |
| Chloride | 105 | | 96-108 | mmol/L |
| CO2 | 26 | | 21-29 | mmol/L |
| BUN | 11 | | 7-25 | mg/dl |
| * Creatinine | 1.2 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | | 9.2 LO | 10-28 | |
| Calcium | 9.4 | | 8.4-10.4 | mg/dl |

***********************************************************************
* GFR, Estimated = 65.15 mL/min/1.73m2

***********************************************************************
GFR (Glomerular Filtration Rate) calculation utilizes the MDRD formula
(Modification of Diet in Renal Disease Study Group) and assumes a normal
adult body surface area of 1.73.  If the patient is African American
multiply result reported by 1.21. (Ref. National Kidney Disease Educa.
Program.)
          ***** Male/Female reference range:  >60 mL/min/1.73 m2 *****
Note: A calculated GFR of <60 mL suggests chronic kidney disease, but
only if found consistently over at least 3 months.  A calculated
result of <15 mL is consistent with renal failure.

--------------------------* HEMATOLOGY *------------------------

| Test | Result | Reference Range | Units |
|---|---|---|---|
| WBC | 7.9 | 3.40-11.80 | x10(3) |
| RBC | 5.0 | 4.20-5.90 | x10(6) |
| HGB | 14.4 | 12.3-17.0 | gm/dl |
| HCT | 46.2 | 39.3-52.5 | % |
| MCV | 92.4 | 80.0-100.0 | FL |
| MCH | 28.8 | 25.0-34.1 | pg |
| MCHC | 31.2 | 29.0-34.0 | gm/dl |
| RDW | 13.8 | 10.9-16.9 | % |
| POLYS | 56 | 36-78 | % |
| LYMPHS | 31 | 12-48 | % |
| EOS | 4 | 0-8 | % |
| BASOS | 1 | 0-2 | % |
| MONOS | 8 | 0-13 | % |
| Platelet Count | 356 | 144-400 | x10(3) |

Final Report                                    Page: 1

CMS EASTERLING

# UA DIPSTICK REPORT

**NAME** West James          **AIS#** 110315

**D.O.B.** 11/8/45          **R/S** WM

**DATE** 1/21/08          **TIME** 10:00 am

**APPEARANCE** yellow          **CLARITY** clear

**SPECIFIC GRAVITY** 1.015

**LEUKOCYTES** neg

**NITRATE** neg

**PH** 6.0

**PROTEIN** neg

**GLUCOSE** neg

**KETONE** neg

**UROBILINOGEN** 1.015 normal

**BILIRUBIN** neg

**BLOOD** large          **HEMOGLOBIN**

**NURSE** _____    **MD** _____ 1/22/08

Case 2:08-cv-00082-MEF-WC Document 31-2 Filed 05/07/2008 Page 4 of 25

# MEDICATION ADMINISTRATION RECORD

**Facility:** ECF

**Month:** 1/08

| INIT. | DRUG – DOSE – MODE – INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Motrin 800mg TID x 5days x8 PRESCRIBER Darbouze ORDER DATE START DATE 12/28/07 STOP DATE 1/3/08 | 4a 8a 4p IN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | NAPROXN 500mg PO BID X 2 Weeks PRESCRIBER DArbouze ORDER DATE 1-3-08 START DATE 1-3-08 STOP DATE 1-17-08 | 4a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Tylenol 1Gm PO BID PRN x 30 days PRESCRIBER DArbouze ORDER DATE 1-3-08 START DATE 1-3-08 STOP DATE 2-3-08 | 4a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | MAAlox 30cc PO BID X 2 weeks PRESCRIBER DArbouze ORDER DATE 1-3-08 START DATE 1-3-08 STOP DATE 1-17-08 | 4a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Bed₃ AY DINT BID PRN X 5 days PRESCRIBER DArbouze ORDER DATE 1-3-08 START DATE 1-3-08 STOP DATE 1-8-08 | 4a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | MTR: 500s Grav 1 x day PRESCRIBER DArbouze ORDER DATE 1/30/08 START DATE 1/30/08 STOP DATE 2/1/08 | 4a 4a 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Baclofen 20% TiD + 1 qd PRESCRIBER DArbouze ORDER DATE 1/30/08 START DATE 1/30/08 STOP DATE 2/1/08 | 4a 4p 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Dulcolax II po daily PPN x 2 week PRESCRIBER Darbouze ORDER DATE 1-16-08 START DATE STOP DATE 2-1-08 | 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| DIAGNOSIS: NCA | DOB/INMATE #: 11035  11-3-45 | LOCATION: ECF | NAME: West, James |
|---|---|---|---|
| ALLERGIES: NKA | | | |

#3150 REV 607

# MEDICATION ADMINISTRATION RECORD

**Facility:** ECF

**Month:** 1/06

| INIT | DRUG DOSE MODE INTERVAL START – STOP | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| cw | Colace 100mg 1 PO BID X 2week  PHY: Darbouze START: 1-16-08 STOP: 2-2-08 | 4a | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| cw | Metamucil 15gm PO BID X 2week  PHY: Darbouze START: 1-16-08 STOP: 2-2-08 | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| cw | D5 ½ NS OR ½ NS at 150 c/hr  PHY: Darbouze START: 1-18-08 STOP: 2-2-08 | 4p | | | | | | | | | | | | See New Order 1-19-08cw | | | | | | | | | | | | | | | | | | | | |
| cw | D5 ½ NS Bolus  PHY: Darbouze START: 1/18/08 STOP: | 1200 | | | | | | | | | | | | | | | | | | D5 | | | | | | | | | | | | | | |
| cw | [illegible]  PHY: Darbouze START: 1-19-08 STOP: 1-19-08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | Bactrim DS 1 PO BID x 7 Days  PHY: Darboze START: 1-19-08 STOP: 1-26-08 | 4p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PHY: START: STOP: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | PHY: START: STOP: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| DIAGNOSIS: | DOB/INMATE #: | LOCATION: | NAME: |
|---|---|---|---|
| ALLERGIES: NKDA | 11085    11-345 | ECF | West, James |

#3150 REV 11/04

# DEPARTMENT OF CORRECTIONS

## EMERGENCY / Body Chart (OTHER) TREATMENT RECORD

| DATE 1-18-08 | TIME 1200 AM/PM | FACILITY ECF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ EMERGENCY ☒ OTHER |
|---|---|---|---|

ALLERGIES NKDA      SpO2 98% RA

CONDITION ON ADMISSION: ☐ GOOD ☒ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 97' ORAL/RECTAL   RESP. 22   PULSE 104   B/P 120/74   RECHECK IF SYSTOLIC _____ <100> 50

**NATURE OF INJURY OR ILLNESS**

S- No comment when asked why needed body chart. Later c/o ☐ hip pain, ☐ back pain, + ☐ shoulder pain.

O- W/m escorted to HCU by SGT Perry, SGT Logan, SGT Wright, and CPT Sconyers, CO Tew, CO Baldwin. Walking c̄ assistance A+O x3. Resp. eas. Skin warm + dry to touch. Lungs CTA. ☐ Bruising noted CMC to Bilateral forearms, Skin tear c̄ minimal bleeding noted to ☐ elbow. ☐ Bruising noted

**PHYSICAL EXAMINATION**

to ☐ chest area + ☐ ☐ arm. Superficial scratches noted to ☐ neck. ☐ Abrasion ☐ anterior ear - ☐ ear canal: Tm intact ☐ bleeding/swelling noted. ☐ ear: Tm intact ☐ edema ☐ erythema ☐ drainage ☐ Abrasion noted to ☐ Hand - 4th digit. ☐ moderate edema noted to ☐ ↓ back. pt states unable to void. Able to move all extremities s̄ limitation. c/o shoulder pain when moving ☐ arm. Also c/o pain to ☐ leg c̄ standing

**ORDERS, MEDICATION, etc.** per oral

Admit to inf. Hold in HCU safe cell for observation
Motrin 800mg po TID PRN X 14 days
Baclofen 20mg po TID PRN X 14 days
X'Ray ☐ shoulder, L-S spine
UA today, Chem 7, CBC.
VO. Dr. Dailouze / CW Amber, RN

**DIAGNOSIS**

Soft Tissue Edema vs Hematoma L flank, multiple Abrasions

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE / / | TIME AM/PM | RELEASE/TRANSFERRED TO ☐ DOC ☐ AMBULANCE Hold in HCU | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE CW Amber RN | DATE 1-18-08 | PHYSICIAN'S SIGNATURE | DATE 1/18/08 | CONSULTATION |
|---|---|---|---|---|

| PATIENT'S NAME (LAST, FIRST, MIDDLE) West, James | AGE | DATE OF BIRTH 11-3-45 | R/S W/m | AIS # 110315 |
|---|---|---|---|---|

No other c/o voiced. No other injuries noted. (R) Abrasion noted
to bilateral Knees. No other injuries noted.

O- DOC Body Chart

P- T Areas cleansed c̄ NS. Band-aid applied to
(R) elbow area. Ice applied to (L) ↓ back.

Dr. Dadouze consulted - orders received.

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

11/3/45

| Patient Name: | WEST, JAMES | ID#: 110315 | Institution: EASTERLING |
|---|---|---|---|

| Date | Time | Notes | Signature |
|---|---|---|---|
| 1-16-08 | 9:00 AM | F/U - facial numbness | 178H |
| | | T-97.3  P-79  R-20  BP-116/70  Sat 95% | |
| | | S/ Dp - Doing much better, denies pain to | |
| | | his neck or hands | |
| | | O: exam: normal | |
| | | Rx: continue up tan | |
| | | ATC PRN | |
| 1/22/08 | | He returns to Atmore - s/p Altercation | |
| | | with DOC police on 1/18/08 | |
| | | Refused medical evaluation | |
| | | x-ray of L hip: negative | |
| | | R oh Ma ⊘ | |
| | | L jaw : ⊘ | |
| | | L rib series : ⊘ | |
| 1/22/08 | | U.A ✓ + study , 141/105/11 (98 | |
| | | 4.8/26/1.2 | |
| | | Rx: continue - 2nd Notation | |
| | | Discharge from Infirmary | |

7113 Rev 03/04

Correctional Medical Services
Physician's Orders

| | | |
|---|---|---|
| **Name** West, James | 1. | **Start** Date & Time  1-19-08-mH |
| **DOB** 11-3-45 | 2. | ① D/C D5 ½NS |
| **Location** ECF | 3. | ② D/C IV |
| **Allergies** NKA | 4. | |
| | 5. | |
| | 6. | V/O Dr. Darbouze / m. Hall, RN |
| | 7. | Dispense As Written_____ M.D. |
| | 8. | Substitute Permitted_____ M.D. |

| | | |
|---|---|---|
| **Name** | 9. | **Start** Date & Time |
| **DOB** | 10. | |
| **Location** | 11. | |
| **Allergies** | 12. | |
| | 13. | |
| | 14. | |
| | 15. | Dispense As Written_____ M.D. |
| | 16. | Substitute Permitted_____ M.D. |

| | | |
|---|---|---|
| **Name** | 17. | **Start** Date & Time |
| **DOB** | 18. | |
| **Location** | 19. | |
| **Allergies** | 20. | |
| | 21. | |
| | 22. | |
| | 23. | Dispense As Written_____ M.D. |
| | 24. | Substitute Permitted_____ M.D. |

| | | |
|---|---|---|
| **Name** West James | 25. | **Start** Date & Time 1/22/0x   13:30 |
| **DOB** 11/3/45 | 26. | - Discharge from Infirmary |
| **Location** ICF | 27. | |
| **Allergies** NKA | 28. | |
| Noted | 29. | |
| 1-22-08 | 30. | |
| 2ppm | 31. | Dispense As Written_____ M.D. |
| EWames RN | 32. | Substitute Permitted_____ M.D. |

| | | |
|---|---|---|
| **Name** WEST, JAMES | 33. | **Start** Date & Time 1-20-08  1:45 p.m. |
| **DOB** 11·3-45 | 34. | CXR c (R) rib detail |
| **Location** ECF | 35. | T.O. Dr. Darbouze / J. Sm |
| **Allergies** NKA | 36. | |
| | 37. | |
| | 38. | |
| | 39. | Dispense As Written_____ M.D. |
| | 40. | Substitute Permitted_____ M.D. |

CMS 7116 Rev 1/2003

Correctional Medical Services
Physician's Orders

---

113075

| Start Date & Time | 1-19-08 |

Name: West, James
DOB: 11-3-45
Location: ECF
Allergies: NKA

noted
1-19-08
taken 5:30pm

1. 
2. Bactrim DS ī PO BID × 7 Days
3. Cont. Current IV fluids
4. V/o Dr Darbonz / R Fehr ton RN
5.
6.
7.
8.

Dispense As Written _____ M.D.
Substitute Permitted _____ M.D.

---

113015

| Start Date & Time | 1-19-08 |

Name: West, James
DOB: 11-3-45
Location: ECF
Allergies: NKA

N Kee 1-19-08
11:55pm inandilet

9.
10. Give bolus of D5½ NS or ½ NS
11. then ↓ to 100cc/hr
12. Recheck UA p̄ bolus.
13. Admit to infirmary
14. vt Dr Darbonze / W A McCos, RN
15.
16.

Dispense As Written _____ M.D.
Substitute Permitted _____ M.D.

---

113075

| Start Date & Time | |

Name: WEST James
DOB: 11-3-45
Location: ECF
Allergies: NKA

17.
18. ① Start IV D5½ NS at
19.   150cc/hr. or ½ NS at 150cc/hr
20. ② X Ray Left Hip.
21.
22.    V/o Dr. Darbouze / L. Ewin RN
23. Dispense As Written _____ M.D.
24. Substitute Permitted _____ M.D.

---

110315

| Start Date & Time | 1-18-08 |

Name: West, James
DOB: 11-3-45
Location: ECF
Allergies: NKDA

Noted
1-18-08
1:00pm WAMcCos RN

25.
26. Dulcolax ī po daily PRN × 2 weeks
27. Colace 100mg ī po BID × 2 weeks
28. Metamucil 1 tsp po BID × 2 weeks
29. V/o Dr Darbouze / W A McCos RN
30.
31. Dispense As Written _____ M.D.
32. Substitute Permitted _____ M.D.

---

110315

| Start Date & Time | 1-18-08 |

Name: West, James
DOB: 11-3-45
Location: ECF
Allergies: NKDA

Noted
1-18-08
1:30pm WAMcCos RN

33.
34. Baclofen 20mg po TID PRN × 14 days
35. Motrin 800mg po TID PRN × 14 days
36. UA Chem 7, CBC
37. Hold in HU safe cell for observation
38. V/o Dr Darbouze / W A McCos RN
39. Dispense As Written _____ M.D.
40. Substitute Permitted _____ M.D.

CMS 7116 Rev 1/2003



American Mobile Imaging Unit 3
5766 Carmichael Parkway
Montgomery, AL 36117-2351
Phone: 334-269-3322
Fax: 334-244-2974

# FINAL X-RAY REPORT

PATIENT:    **WEST, JAMES**                         DOB:   11/03/1945
PHYSICIAN: DARBOUZE                                  DOS:   01/21/2008
LOCATION:  EASTERLING CORRECTIONAL FACILITY
STATION:   N/A

EXAM REASON: PAIN LT RIBS FROM INJ. LT SIDE OF CHEST AND AXILLA AND
             LLRIB PAIN
EXAM TYPE:   PORTABLE RIB LEFT

FINDINGS:    Multiple images of the left side were obtained at various obliquities.
             There are no fractures.  All cortical margins are intact.  The underlying
             lung parenchyma and pleural surfaces appear normal.  Bone density is normal
             and uniform.

IMPRESSION:  NEGATIVE LEFT RIB SERIES.

ANNE GLASER MD

D: 01/21/2008 17:38:07 CST

The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.



American Mobile Imaging Unit 3
5766 Carmichael Parkway
Montgomery, AL 36117-2351
Phone: 334-269-3322
Fax: 334-244-2974

# FINAL X-RAY REPORT

PATIENT:    **WEST, JAMES**                    DOB:    11/03/1945
PHYSICIAN: DARBOUZE                           DOS:    01/21/2008
LOCATION:  EASTERLING CORRECTIONAL FACILITY
STATION:   N/A

EXAM REASON: INJURY, PAIN LT HIP

EXAM TYPE:    PORTABLE HIP LEFT

FINDINGS:    AP and lateral views of the proximal left femur demonstrate no fracture,
             dislocation, or subluxation.   The joint space is uniform.  Alignment is
             excellent.   Bone density is normal and uniform.   There is no degenerative
             or unusual arthropathy.   The adjacent soft tissue planes are normal without
             radiopaque foreign body.

IMPRESSION:    NEGATIVE.


ANNE GLASER MD

D: 01/21/2008 17:37:03 CST

The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of the information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.



American Mobile Imaging Unit 3
5766 Carmichael Parkway
Montgomery, AL 36117-2351
Phone: 334-269-3322
Fax: 334-244-2974

# FINAL X-RAY REPORT

PATIENT: **WEST, JAMES**                      DOB:  11/03/1945
PHYSICIAN: DARBOUZE                           DOS:  01/21/2008
LOCATION: EASTERLING CORRECTIONAL FACILITY
STATION:   N/A

EXAM REASON: PAIN RT SHOULKDER FROM INJURY

EXAM TYPE:    PORTABLE SHOULDER RIGHT

FINDINGS:    Views of the right shoulder with internal and external rotation demonstrate
no fracture, dislocation, or subluxation.   The glenohumeral joint and the
acromioclavicular joint articulate normally with minor degenerative change.
All cortical margins are intact, and the soft tissue planes are normal.

IMPRESSION:   NEGATIVE RIGHT SHOULDER.

ANNE GLASER MD

D: 01/21/2008 17:40:05 CST

The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

Noted 1/22/08



American Mobile Imaging Unit 3
5766 Carmichael Parkway
Montgomery, AL 36117-2351
Phone: 334-269-3322
Fax: 334-244-2974

# FINAL X-RAY REPORT

PATIENT:   **WEST, JAMES**                    DOB:  11/03/1945
PHYSICIAN: DARBOUZE                          DOS:  01/21/2008
LOCATION:  EASTERLING CORRECTIONAL FACILITY
STATION:   N/A

EXAM REASON: PAIN FROM INJURY

EXAM TYPE:    PORTABLE LUMBAR SPINE

FINDINGS:    AP and lateral views of the lumbar spine were submitted for evaluation.
             There are five non-rib-bearing lumbar type vertebral bodies.  All pedicles
             are adequately visualized in the AP view.  All vertebral bodies demonstrate
             osteopenia with normal heights; anterior and lateral osteophytosis is
             present throughout the lumbar spine but the disc spaces are preserved.
             There is no spondylolysis or spondylolisthesis, and there is no evidence
             for prior surgery.  Surrounding soft tissues are unremarkable.  The
             sacroiliac joints are intact.

IMPRESSION:   NEGATIVE FOR AGE.

ANNE GLASER MD

D: 01/21/2008 17:39:22 CST

The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: West - Jane    ID#: 110 315    Institution: EBr

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| Late entry | 1/22/08 | 11:45 Pm on 1/21/08 S - "No Comment" O - w/m l/m in safe cell lying quietly on matt č eyes closed, resp č ease, no acute distress noted @ this time. A - alt coping. P - continue to monitor - M. Faircloth LPN | |
| Late entry | 1/22/08 | 2:45am on 1/22/08 S - "elm hurting so bad." O - w/m l/m in safe cell, a×t O×3, resp č ease. T-97⁸, P-84, R-22, O₂ Sat-95%, B/P-122/68. Pain 10/10 on pain scale. A - alt coping P - administer medications as ordered by MD et continue to monitor M. Faircloth LPN | |

7113 Rev 03/04

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

| Patient Name: | WEST, JAMES | ID#: 11031S | Institution: EASTERLING |
|---|---|---|---|

| Date | Time | Notes | Signature |
|---|---|---|---|
| 1-21-08 | 8:00 A.M. | S-"I didn't get my pain medicine this a.m. I can't hardly move without it. O-Sitting P.T. c̄ difficulty in rest in cell. A&O X3, resp. even + unlabored. then ambulated to hall c̄ hunched over posture. Skin w/d, resp even, lungs clear - Continue to hear "pop" noise c̄ V low posterior. VS-T-97? P-84    R-20    Bp 150/72  Sat 96%. A-alt comfort P. Cnt. to monitor  S. ___ | |
| 1-22-08 | 10:00 AM | O-Ambs to hall in upright position. Careful gait for X'rays  S. ___ | |
| 01/21/08 | 4:00 pm | S:"no comment." O-A&O X3 Resp. even et unlabored. Resp. even et moving c̄ difficulty. Refused evening meal and vitals. Accept po meds, refused Metamucil. c/o pain "all over". A: Alt. Comfort. P: Continue to monitor  K. Polley RN | |
| 1/21/08 | 9 pm | S-I am ot." O - A&Ox3 wnm skin w/d Resting on back. no compliants verical, or distress noted. A-Pot. Alt Comfort. P-monitor PRN. -R.Ewing RN | |

Correctional Medical Services
**Inter Disciplinary Progress Notes**

Patient Name: West, James     ID#: 110315     Institution: ECF

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 1-20-08 | 4p | pain c̄ deep breathing ; lung sounds clear, equal bilateral ; O₂ sat ≥ 96% room air ; c/o pain to ® hip c̄ movement ; HR 80, BP 120/78, temp 98, RR 16, I/m refuses PO meds at this time ———  A alt comfort / Health maintenance P. Cont. to monitor ——— K. _____ RN | |
| 1-20-08 | 4:30p | Sgt. Wright for HCU and notified of I/m refusal to take meds this pm ; I/m states he wants to take meds at this time ; Cont. to monitor ——— K. _____ RN | |
| 1-21-08 | 150 AM | S⁻ "My left side still hurts."  O W/M alert & O x 3, resp even and unlabored, BP 135/80, R 18, Sat 95%, T 98.0. Bruises noted on left elbow and left side under arm to midline ; C/o of pain to left side, C/o of pain with palpation, 2 officers present during VS check ; IM somewhat hostile to officer  A alt in comfort R/T pain  P - monitor pt ——— V Bedard RN | |

7113 Rev 03/04

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: WEST, JAMES   ID#: 110315   Institution: ECF

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 1·20·08 | 1:40 p.m. | S" I'm hurting worse today than yesterday on the left side when I breathe and I can feel something popping when I take a deep breath" O- I/M sitting up in seat in cell, I/M breathing very slowly, c̄ grunting. A&Ox3, resp. shallow, labored when asked to take deep breath. Lungs clear c̄ audible "popping" noise Ⓛ post. ✓ lung. Discolored area noted under area described. VS: T-97.² P-74 R-24 Bp 114/60 Sat 93% (up to 96% when asked to take deep breaths) pain 19/10  A- alt comfort  P- Dr. Darbouze contacted, order received to add CXR c̄ Ⓛ rib detail— will continue to monitor ————————— S. Unotts | |
| 1·20·08 | 3pm. | O. I/m; w/m, lying on mattress; awake ē Ox3; resp. even, ø c/o SOB; I/M accepts pm meal tray at this time P. Cont. to monitor ——— K. Ziten fer | |
| 1·20·08 | 4pm | S. "I'm not going to take it b/c the officer said I could not keep cups in the cell" O. w/m, alert ē Ox3, hostile temperament at this time; skin ē bruising noted to upper extremities bilateral c̄ bruising noted to Ⓛ post ✓ lung area c̄ c/o pain c̄ movement and palpation c̄ small aud'ble popping noise c̄ p lpation; c/o→ | |

7113 Rev 03/04

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: West, James     ID#: 110315     Institution: ECF

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 1/19/08 | 5:10 pm | I/m c̄ urine sample at this time; Dr Darbouze notified of I/m UA dipstick results; See MD orders; see MAR; Cont to monitor — *K. Whitmore RN* | |
| 11/19/08 | 11:5 | S- "This thing needs to come out of my arm or I'm going to rip it out myself. I don't need anymore of that." O- w/m sitting on pallet in safe cell. A+Ox3. No shortness of breath or distress noted. VSS. T-96.8, P-68, O-96, BP 137/78 c/o pain level 9 of 0-10 scale. IV to (L) hand dry and intact, no redness or edema noted. D5 ½ NS infusing at 100cc/hr. I/m refusing new bag of IV fluid. A- Alt in comfort related to pain P- Dr. Darbouze contacted, IV and fluids D/c'd per V/O Dr. Darbouze, Continue to monitor — *M. Hall, RN* | |
| 11/20/08 | 0330 | I/m states he does not feel like eating breakfast right now, well try later after pain meds take effect. —*M. Hall, RN* | |

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: WEST, JAMES    ID#: 110315    Institution: EASTERLING

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 1-19-08 | 10:00am | S " I'm pretty sore, and I'm not very hungry" O - I/m sitting ↑ in cell in ___. IV ab D5 1/2 NS @ 150cc/hr infusing ē difficulty. A+O X3, resp even & unlabored, no distress noted. VS: T-97.8 P-68 R-20 Ap 110/54 O sat 96% A- alt comfort P- Cont. to monitor _____ S ____ | |
| 1·19·08 | 10:30am | O- I/m state has not voided since ___ noon yesterday. Voided ~80cc's dark amber urine with ___ — U/A dip ___ - S ____ | |
| 1·19·08 | 11:45am | Dr. Darbonne notified of above emergem above notified of above pt status and U/A dip results - orders received. See physician's order _____ (Williams) | |
| 1·19·08 | 5pm | S " Still having bad pain to (L) hip and side" — O. w/m, alert ē O×3; calm, cooperative; resp. even ē Ø SOB noted; c/o pain ē movement to (L) flank and (L) hip area as 10/10 on 1-10 pain scale; F/m ē edema, little redness, and pain ē palpation to (L) flank and (L) hip area; F/m ē multiple bruising to upper extremities and (R) knee area ē bandaide noted to (R) elbow site d/t abrasion to (R) elbow; IV to (L) hand c/o/I ē D5 1/2 NS infusing at 100cc/hr, HR 74, BP 120/90, RR 16, temp 97.8, RR 16, 96% O₂ sat on RA, I/m states he ate AM meal ē only accepting juice this pm meal — A. Alt. comfort P. See MAR; Cont. to monitor ___ ___ | |

7113 Rev 03/04

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: WEST James    ID#: 11 0315    Institution: Easterling

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| | | Continue From Front Page; | |
| 1/18/08 | 9³⁰ | O- ↑ ambulate c̄ asst, walking c̄ halting gait. "My Rt side & ribs hurt, like I got this pain in my Lt. hip" IV HL Started Rt. hand c̄ #22g jelco on First stick. IV D5 ½NS started at 150cc/hr. Assisted pt. back to isolation cell. States "Thanks for pain med. You gave me earlier it helped." BP 110/80 P60 R20. O2 Sat 96%. A-Pot for infection R/T IV site. P-Continue to monitor PRN ———— L. Ewing RN | |
| 1/18/08 | 9⁴⁰ | P-X Ray of Lt hip ordered. ———— L Ewing RN | |
| 1/18/08 | 1045pm | S- "My Rt ribs/side and Lt hip hurt." "I'm sore all over." O- W/M lying in isolation cell, fetal position. A&O x3. Skin w/o to touch. Resp. even and unlabored. ↑ pain in Rt side and Lt hip upon movement. Rates pain 5/10 on 0-10 pain scale. #22 jelco heplock Noted Rt hand, D5 ½NS infusing @ 150ml/hr as ordered. No swelling or redness Noted. "I'm refusing VS at present. ———— No distress Noted. ———— A- Alt in comfort related to pain ———— P-Continue to Monitor ———— C. Hemingway | |
| 1-19-08 | 7:06 A.M. | O- I/M resting quietly, lys closed, resp even & unlabored, no distress noted- S.S | |

7113 Rev 03/04

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient
Name: West, James          ID#: 110315     Institution: ECT

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 1-16-08 | 1:55pm | Pt refused 11A | CWamble RN |
| 1/16/08 | 3p | S - no comment " | |
| | | O - WM resting on Rt. side. Resp even & unlabored. Shakes head NO to request to get V.S. No injury or acute distress noted at present. A - Alt Coping. P - Monitor PRN. | L. Ewin RN |
| 1/18/08 | 4p | S - "I don't want my medicine yet." O - WM sitting ↑ on mattress, head held in hand. No other compliant voiced. A - Pot. Alt Comfort P - Monitor PRN. | L. Ewin RN |
| 1/18/08 | 6pm | S - Let me see if I can go to the bathroom befor you start the IV. I am hurting so bad in my Lt side & ribs. I can hardly catch my breath. O - WM resting supine bed. Unable to sit up. Rolled over onto floor c̄ groaning & moaning. O2 Sat 95% P98. Agrees to take 4pm pain meds now. Pain 10 on scale 1-10. Notified Doc of need to get in cell to examine pt. A - Alt Comfort P - P.m pain meds given. Urinal given. | L. Ewin RN |
| 1/18/08 | 9:30pm | S - I don't see why I need an IV but I will do it." O - WM ↑ c̄ asst Doc officers & nurse See back page. | L. Ewin RN |

7113 Rev 03/04

WEST, JAMES
DOB 11-3-45

| Date | # | Amount/Type Solution | Device | Location/Inspection | Medication | Time | Nurse | Tubing Changed |
|---|---|---|---|---|---|---|---|---|
| 1-18-08 | 1 | D5 ½ NS @ 130cc/hr pump | na | ®Hand | | Started 1-18-08 / Ended | | Time / Date / Nurse |
| | | | | | | Started / Ended | | Time / Date / Nurse |
| 1-19-08 | 3 | D5 ½ NS Bolus | | ® Hand / redness/edema | | Started 1-19-08 / Ended 1-19-08 | JD / JD | Time / Date / Nurse |
| 1-19-08 | 4 | D5 ½ NS @ 100cc/hr pump | na | ®Hand ®FA edema / redness/edema | N/A | Started 1-19-08 / Ended 1-19-08 | JD / mH | Time 1:30p Date 1/19/08 / Nurse JD |
| | | | | | | Started / Ended | | Time / Date / Nurse |
| | | | | | | Started / Ended | | Time / Date / Nurse |
| | | | | | | Started / Ended | | Time / Date / Nurse |
| | | | | | | Started / Ended | | Time / Date / Nurse |
| | | | | | | Started / Ended | | Time / Date / Nurse |
| | | | | | | Started / Ended | | Time / Date / Nurse |
| | | | | | | Started / Ended | | Time / Date / Nurse |
| | | | | | | Started / Ended | | Time / Date / Nurse |
| | | | | | | Started / Ended | | Time / Date / Nurse |
| | | | | | | Started / Ended | | Time / Date / Nurse |
| | | | | | | Started / Ended | | Time / Date / Nurse |
| | | | | | | Started / Ended | | Time / Date / Nurse |
| | | | | | | Started / Ended | | Time / Date / Nurse |
| | | | | | | Started / Ended | | Time / Date / Nurse |

CMS 7185 Rev 01/2003

## CORRECTIONAL MEDICAL SERVICES
### PERIPHERAL IV MAINTENANCE RECORD

PATIENT NAME: _West, James_                    ROOM: _Hcu-safeleci_

### STARTS/RESTARTS

| DATE | TIME | CODE | CATH SIZE | SITE | #STICKS | COMMENTS | SIGNATURE |
|------|------|------|-----------|------|---------|----------|-----------|
| 1-18-05 | 930pm | 1 | 22 gauge | (R) Hand | 1 | ordered 1-19-08 | |
| 1-19-08 | 2100pm | 11 | 205 ydc- | (L) F/A | 1 | — | S-Inst |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### INFECTION CONTROL MONITORING

| | DAY SHIFT | | EVENING SHIFT | | NIGHT SHIFT | |
|------|-----------------------------|-----------|-----------------------------|-----------|-----------------------------|-----------|
| DATE | OBSERVATION INTERVENTION | SIGNATURE | OBSERVATION INTERVENTION | SIGNATURE | OBSERVATION INTERVENTION | SIGNATURE |
| 1-19-08 | | | Oedema/cath K | | Edema redness | M.Hffrn |
| 1-19-08 | | | | | Wo cath intact | M.Hffrn |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CODES:
1. NEW ORDER
2. DISCONTINUED, CATHETER INTACT
3. DRESSING CHANGED
4. TUBING CHANGED
5. CHANGED TO HEPLOCK
6. ROUTINE SITE ROTATION
7. REDNESS AT SITE
8. SWELLING AT SITE
9. C/O PAIN
10. NO PROBLEMS NOTED
11. OTHER (RECORD IN NURSES NOTES)

ADDRESSOGRAPH

## CORRECTIONAL MEDICAL SYSTEMS
### INFIRMARY ADMISSION RECORD

| NAME: WEST, JAMES | ID# 110315 / 205308 | RACE: W/M | DOB: 11-3-45 / 2-26-78 |
|---|---|---|---|

ADMISSION TO BE COMPLETED BY PERSON RECEIVING PATIENT IN INFIRMARY

Date: 1-19-08   Time: 1:30 pm   From: Seg

Method: Ambulatory __X__   Wheelchair ____   Stretcher ____   Admitting M.D BARBOUZE
Admitting Diagnosis: OBSERVATION   Admitting M.D. notified: A.M. 12:01 P.M

Admitting Orders: ☒Yes ☐No   Medical Record: ☒Yes ☐No   Transfer Medical Information: ☐Yes ☒No

| VITAL SIGNS | Time 97.1 1-18-08 | Wt 183ᵗʰ | BP 124/24 | Pulse 104 | Reps 22 | Temp 97.1 |
|---|---|---|---|---|---|---|

PPD:   Date: 12-16-06   Results: Ø mm

Known Allergies ☒None   ☐ If Yes, list and describe reaction:
Food: N/A
Drug: N/A

MEDICATIONS   Patient is currently taking (include over-the-counter medications

| NAME | DOSE/TIME/LAST DOSE | NAME | DOSE/TIME/LAST DOSE |
|---|---|---|---|
| See MAR | | | |
| | | | |
| | | | |

EMOTIONAL STATUS   ☐ Relaxed   ☐ Cooperative   ☐ Withdrawn   ☐ Openly anxious   ☒Uncooperative

IMPAIRMENTS:
Hearing:   ☒Adequate   ☐ Decreased ☐ Rt. ☐ Lt.   ☐Hearing Aid ☐ Rt. ☐ Lt.
Vision:   ☒Adequate   ☐ Decreased ☐ Rt. ☐ Lt.   ☐ Glasses ☐ Contacts ☐ Cataracts   ☐ Artificial Eye   ☐ Glaucoma
Communication:   Language   ☒English ☐ Other   Interpreter
Social History:   Hx of anti-social behavior
Drug or Alcohol use:   Both
Educational Level:   2 yrs college
Smoking   On & off X several years

SKIN ASSESSMENT:
Presence of Skin Lesions   ☐ Yes ☒No   If Yes, describe on Skin Assessment Form.
Skin Color pink c̄ multiple bruises   Skin temperature: ☐Warm ☒Dry   ☐ Cool   ☐ Moist
Edema ____ Describe: ____
Fingernails:   Color pink - capref ll bnsk   Condition WNL
Toenails:   Color pink - capref ll bnsk   Condition WNL

NUTRITION ASSESSMENT:
Last Intake:   Food 1-19-08 / 4 Am (Date/Time)   Fluid 1-19-08 / 12 pm (Date/Time)
Recent weight changes (reason) NO   ☐ Increase ☐ Decrease
Difficulty in swallowing NO
Special Diet N/A enur Regular diet
Feeding Tube ☐ Yes ☒No   Type

ELIMINATION ASSESSMENT:
Last Bowel Movement 1-17-08   Constipation ☐ Yes ☒No   Diarrhea ☐ Yes ☒No
Urine:   Frequency ✓   Urgency ☐ Yes ☒No   Discharge ☐ Yes ☒No   Burning ☐ Yes ☒No
See N/A

POTENTIAL FOR INJURY:
Steady on feet ☐ Yes ☒No   Aids to mobility: ☐ N/A ☐ Cane ☒ Walker ☐ Crutches ☐ Wheelchair ☐ Prosthesis
when out of cell

Recent Falls:   ☐ Yes ☒No

Signature J. Smith   Date 1-19-08

CMS 7187 Rev 1/2003