In The United States District Court
For The Middle District Of Alabama
Northern Division

James R. West, Jr.,

    Plaintiff,

V.

Captain Sawyers, et al.,

    Defendants.

2008 JUN -2 A 10:49

DEBRA P. HACKE[TT]
U.S. DISTRICT COURT
MIDDLE DISTRICT A[LA]

2:08-CV-82-MEF

## Motion For Extension Of Time

Come Now the Plaintiff, James R. West, Jr., and moves the Court for an additional seven (7) days in which to file his Traverse to Defendants Answer in the above-styled cause.

Plaintiff's response is due May 29, 2008. Plaintiff moves the Court to grant him an extension of time up to and including June 6, 2008 to submit his response.

Respectfully submitted this the 28th day of May 2008.

    James R. West, Jr.

## Certificate of Service

I hereby certify I have served a copy of this motion on Benjamin H. Albritton, Assistant Attorney General, 11 South Union Street, Montgomery, Alabama 36130-0152 by placing a copy in the U.S. Mail Depository, free postage requested, provided those prisoners assigned to Limestone Prison this the 28th day of May 2008.

James R. West, Jr.

James R. West, Jr. 110315
K-B-7A
Limestone Correctional Facility
28779 Nick Davis Road
Harvest, Alabama 35749-7009

HUNTSVILLE / HVS

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Debra P. Hackett
Clerk
U. S. District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711