IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES R. WEST, #110 315                    *

    Plaintiff,                              *

    v.                                      *          2:08-CV-82-MEF

CAPTAIN SCONYERS, *et al.*,                *

    Defendants.                             *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause,

it is ORDERED that:

1.  Plaintiff's Motion for Extension of Time (*Doc. No. 33*) is GRANTED;

2.  Plaintiff is GRANTED an extension from May 29, 2008 to and including June 6,

2008 to file his opposition to Defendants' written report, as supplemented.

Done, this 4th day of June 2008.

       /s/ Wallace Capel, Jr.
       WALLACE CAPEL, JR.
       UNITED STATES MAGISTRATE JUDGE