IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES R. WEST, # 110315　　　　　) | |
| ) | |
| Plaintiff,　　　　) | |
| ) | |
| v.　　　　　　　　　　　　　　　　) | CASE NO. 2:08-CV-82-MEF |
| ) | |
| CAPTAIN SCONYERS, *et al.*,　　　　) | (WO- DO NOT PUBLISH) |
| ) | |
| Defendants.　　　　) | |

## **ORDER**

This cause is before the Court on Plaintiff James R. West's ("West") Motion to Reschedule Trial Date (Doc. # 68), filed March 16, 2011. It is hereby ORDERED that oral argument will be heard on the motion on March 21, 2011. The parties are directed to continue their trial preparations as if the case will be tried during the term of court in which the case is currently set.

Done this the 17th day of March, 2011.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE